Prob 22 (Rev. 03/97)

| | DOCKET NO. (Transferring Court) |
|---|---|
| **TRANSFER OF JURISDICTION** | 0864-0:05CR00191-001(RHK) |
| | DOCKET NO. (Receiving Court) **07CR 791** |

| NAME<br>Hilliard Cornelius Jones | DISTRICT<br>MINNESOTA | DIVISION<br>**MAGISTRATE JUDGE NOLAN** |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>Honorable Richard H. Kyle | |
| | TYPE OF SUPERVISION<br>SUPERVISED RELEASE | FROM<br>11/5/2007 | TO<br>11/4/2010 |

OFFENSE

Possession with Intent to Distribute Approximately 1 Kilogram of a Substance and Mixture Containing a Detectable Amount of Cocaine

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF <u>MINNESOTA</u>

   IT IS HEREBY ORDERED pursuant to 18 U.S.C. §3605 the jurisdiction of the case named above be transferred with the records of this Court to the United States District Court for the <u>Northern District of Illinois</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervision herein may be changed by the District Court to which this transfer is made without further inquiry of this Court.

Date  11/19/07

Richard H. Kyle,  United States District Judge

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

   IT IS HEREBY ORDERED that jurisdiction of the above case be accepted and assumed by this Court from and after the entry of this order.

Effective Date  NOV 2 7 2007

United States District Judge

# F I L E D

NOV 3 0 2007

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**



# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

**JUDGE BUCKLO**

| 700 Federal Building | 202 U.S. Courthouse | 417 Federal Building | 212 U.S. Courthouse |
| 316 North Robert Street | 300 South Fourth Street | 515 West First Street | 118 South Mill Street |
| St. Paul, MN 55101 | Minneapolis, MN 55415 | Duluth, MN 55802 | Fergus Falls, MN 56537 |
| (651) 848-1100 | (612) 664-5000 | (218) 529-3500 | (218) 739-5758 |

November 19, 2007

Mr. Michael W. Dobbins, Clerk
United States District Court
2050 Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

**FILED NOV 3 0 2007 MICHAEL W. DOBBINS, CLERK, U.S. DISTRICT COURT**

**07CR 791**

**MAGISTRATE JUDGE NOLAN**

Re:  Hilliard Cornelius Jones
     Our Case Number: CR 05-191(1) RHK/AJB
     Your Case Number: Unassigned

Dear Clerk:

### Initial Transfer Out

[X] Enclosed please find Probation Form 22 initiating the Transfer of Jurisdiction to your district. Please return an original to this office after jurisdiction has been accepted. When received, we will forward certified copies of the pertinent documents to you.

### Final Transfer Out

[ ] Enclosed please find certified copies of Probation Form 22 transferring the jurisdiction from the District of Minnesota to your District. Also, enclosed are certified copies of the charging document, Judgment & Commitment Order, Docket Sheet and Financial Case Inquiry Report.

### Transfer In

[ ] Enclosed please find Probation Form 22 indicating that our court has accepted jurisdiction. Please forward certified copies of Probation Form 22, charging document, Judgment & Commitment Order, Financial Case Inquiry Report and Docket Sheet for **only** this defendant.

### Rule 5 (formerly Rule 40) Removal Proceedings

[ ] Enclosed please find certified copies of all documents filed in our court.

### Rule 20

[ ] Enclosed please find certified copies of the Docket Sheet, charging instrument, and Consent to Transfer pursuant to Rule 20.

Please acknowledge receipt of these documents by returning, in the envelope provided, a copy of the enclosed letter stamped "RECEIVED".

Sincerely,

RICHARD D. SLETTEN, CLERK

*Mary Kay Grzybek*
Mary Kay Grzybek, Deputy Clerk

**RECEIVED**

**NOV 3 0 2007**

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

cc:  Andrew S. Dunne, Assistant U. S. Attorney
     John Rayman, Probation Officer (Mpls)(All except Rule 5)
     File CR 05-191(1) RHK

criminal\transferletter.frm

Form Modified 01/28/05