Prob 22 (Rev. 03/97)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NO. (Transferring Court) | 0864-0:05CR00191-001(RHK) |
| DOCKET NO. (Receiving Court) | 07CR 791 |

| NAME | DISTRICT | DIVISION |
|---|---|---|
| Hilliard Cornelius Jones | MINNESOTA | MAGISTRATE JUDGE NOLAN |

| NAME OF SENTENCING JUDGE |
|---|
| Honorable Richard H. Kyle |

| TYPE OF SUPERVISION | FROM | TO |
|---|---|---|
| SUPERVISED RELEASE | 11/5/2007 | 11/4/2010 |

FILED
12-14-07
DEC 14 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**OFFENSE**

Possession with Intent to Distribute Approximately 1 Kilogram of a Substance and Mixture Containing a Detectable Amount of Cocaine

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

IT IS HEREBY ORDERED pursuant to 18 U.S.C. §3605 the jurisdiction of the case named above be transferred with the records of this Court to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervision herein may be changed by the District Court to which this transfer is made without further inquiry of this Court.

11/19/07
Date

Richard H. Kyle,    United States District Judge

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that jurisdiction of the above case be accepted and assumed by this Court from and after the entry of this order.

NOV 2 7 2007
Effective Date

James F. Holderman
United States District Judge

A true printed copy in _____ sheet(s) of the ____ filed in the United States District Court for the District of Minnesota.
CERTIFIED, _____, 20__
RICHARD D. SLETTEN
BY: _____
Deputy Clerk

A TRUE COPY ATTEST
MICHAEL W. DOBBINS, CLERK
BY: _____ DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
DATE: DEC 0 6 2007

RECEIVED
NOV 3 0 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SCANNED
DEC 11 2007
U.S. DISTRICT COURT ST. PAUL



# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

| | | | |
|---|---|---|---|
| 700 Federal Building | 202 U.S. Courthouse | 417 Federal Building | 212 U.S. Courthouse |
| 316 North Robert Street | 300 South Fourth Street | 515 West First Street | 118 South Mill Street |
| St. Paul, MN 55101 | Minneapolis, MN 55415 | Duluth, MN 55802 | Fergus Falls, MN 56537 |
| (651) 848-1100 | (612) 664-5000 | (218) 529-3500 | (218) 739-5758 |

December 11, 2007

Mr. Michael W. Dobbins, Clerk
United States District Court
2050 Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

**FILED**

DEC 14 2007 CM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Re:  Hilliard Cornelius Jones
     Our Case Number: CR 05-191 RHK/AJB
     Your Case Number: <u>07CR 791</u>

Dear Clerk:

### Initial Transfer Out

☐ Enclosed please find Probation Form 22 initiating the Transfer of Jurisdiction to your district. Please return an original to this office after jurisdiction has been accepted. When received, we will forward certified copies of the pertinent documents to you.

### Final Transfer Out

☒ Enclosed please find certified copies of Probation Form 22 transferring the jurisdiction from the District of Minnesota to your District. Also, enclosed are certified copies of the charging document, Judgment & Commitment Order, Docket Sheet and Financial Case Inquiry Report.

### Transfer In

☐ Enclosed please find Probation Form 22 indicating that our court has accepted jurisdiction. Please forward certified copies of Probation Form 22, charging document, Judgment & Commitment Order, Financial Case Inquiry Report and Docket Sheet for **only** this defendant.

### Rule 5 (formerly Rule 40) Removal Proceedings

☐ Enclosed please find certified copies of all documents filed in our court.

### Rule 20

☐ Enclosed please find certified copies of the Docket Sheet, charging instrument, and Consent to Transfer pursuant to Rule 20.

Please acknowledge receipt of these documents by returning, in the envelope provided, a copy of the enclosed letter stamped "RECEIVED".

Sincerely,

RICHARD D. SLETTEN, CLERK

*Mary Kay Grzybek*
Mary Kay Grzybek, Deputy Clerk

cc:  Andrew Dunne, Assistant U. S. Attorney
     John Rayman, Probation Officer (Mpls)(All except Rule 5)
     Financial Litigation Unit (Final & Transfer In)
     Financial Services Department (Final & Transfer In)
     File CR 05-191 RHK

criminal\transferletter.frm                                                        Form Modified 01/28/05

3DIV, CLOSED, TPJOUT

# U.S. District Court
## U.S.District Court Minnesota (DMN)
### CRIMINAL DOCKET FOR CASE #: 0:05-cr-00191-RHK-AJB All Defendants

Case title: USA v. Jones
Magistrate judge case number: 0:05-mj-00177-JGL

Date Filed: 06/14/2005
Date Terminated: 03/23/2006

Assigned to: Judge Richard H. Kyle
Referred to: Magistrate Judge Arthur J. Boylan

**Defendant**

**Hilliard Jones** (1)
*TERMINATED: 03/23/2006*

represented by **Richard A Sand**
Richard Sand & Associates, PA
168 Nina St
St Paul, MN 55102
651-292-8801
Fax: 651-292-8669
Email: richardasand@msn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

21:841(a)(1) AND 841(b)(1)(B)
POSSESSION WITH INTENT TO
DISTRIBUTE COCAINE
(1)

**Disposition**

Custody of BOP for 37 months; 3 years
Supervised Release; $100.00 Special
Assessment

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

**Disposition**

POSSESS WITH INTENT TO
DISTRIBUTE COCAINE, A
CONTROLLED SUBSTANCE

**Plaintiff**

USA     represented by **Andrew S Dunne**
US Attorney - Mpls
300 S 4th St Ste 600
Mpls, MN 55415
(612) 664-5626
Fax: 612-664-5787
Email: andrew.dunne@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/05/2005 | 1 | COMPLAINT by USA Andrew Dunne with affidavit of Randall Olson, DEA as to Hilliard Jones (1) by Magistrate Judge Jonathan G Lebedoff. (JMM) [0:05-mj-00177-JGL] (Entered: 05/06/2005) |
| 05/05/2005 | 2 | Minute Entry for proceedings held before Chief Magiastrate Judge Jonathan G Lebedoff :Initial Appearance as to Hilliard Jones held on 5/5/2005. Bond set at $25,000 RPR. Retained atty Richard Sand appeared for deft. Preliminary Examination set for 5/9/2005 01:30 PM before Chief Mag. Judge Jonathan G Lebedoff. (Tape #Not Available) (MC) [0:05-mj-00177-JGL] (Entered: 05/09/2005) |
| 05/05/2005 | 4 | ORDER Setting Conditions of Release as to Hilliard Jones (1) $25,000 RPR . Signed by Magistrate Judge Jonathan G Lebedoff on 5/5/05. (JMM) [0:05-mj-00177-JGL] (Entered: 05/10/2005) |
| 05/05/2005 | 5 | Appearance Bond Entered as to Hilliard Jones in amount of $ 25,000 RPR. (JMM) [0:05-mj-00177-JGL] (Entered: 05/10/2005) |
| 05/09/2005 | 3 | Minute Entry for proceedings held before Chief Magistrate Judge Jonathan G Lebedoff :Preliminary Examination as to Hilliard Jones held on 5/9/2005. Retained atty Richard Sand appears for deft. Bond continued. Counsel to submit papers on probable cause. Order on probable cause to follow. (Tape #Not Available) (MC) [0:05-mj-00177-JGL] (Entered: 05/10/2005) |
| 05/10/2005 | 6 | LETTER TO MAGISTRATE JUDGE from Andrew Dunne by USA (Dunne, Andrew) [0:05-mj-00177-JGL] (Entered: 05/10/2005) |
| 05/11/2005 | 7 | ORDER as to Hilliard Jones : It is Ordered that Defendant's objections, raised at the May 9, 2005, preliminary hearing 3, regarding the police officers' jurisdiction, are OVERRULED and Defendant is bound over to |

| | | |
|---|---|---|
| | | the District Court of Minnesota. Signed by Chief Magistrate Judge Jonathan G Lebedoff on 5/11/2005. (MC) [0:05-mj-00177-JGL] (Entered: 05/11/2005) |
| 05/11/2005 | 8 | LETTER TO MAGISTRATE JUDGE LEBEDOFF from Attorney Richard Sand re: Preliminary Hearing. (GJS) [0:05-mj-00177-JGL] (Entered: 05/12/2005) |
| 06/14/2005 | 9 | INDICTMENT assigned to Judge Richard H. Kyle referred to Magistrate Judge Arthur J. Boylan by USA Andrew Dunne as to Hilliard Jones (1) count(s) 1. (JME) (Entered: 06/15/2005) |
| 06/16/2005 | 10 | ORDER/NOTICE OF HEARING as to Hilliard Jones, Arraignment set for 6/21/2005 at 09:00 AM in St Paul - Courtroom 628A before Magistrate Judge Arthur J Boylan. Signed by Magistrate Judge Arthur J Boylan on 6/16/05. (GJS) Modified text 6/17/2005 (GMO). (Entered: 06/16/2005) |
| 06/21/2005 | 11 | Minute Entry for proceedings held before Magistrate Judge Arthur J Boylan :Arraignment as to Hilliard Jones (1) Count 1 held on 6/21/2005. Not Guilty Plea Entered. Disclosure due by 6/28/2005. Motions due by 7/7/2005. Motion Hearing set for 7/14/2005 02:00 PM in St Paul - Courtroom 628A before Magistrate Judge Arthur J Boylan. Counsel to be notified of additional dates by separate Order to be issued.(Tape #2005-16) (JME) (Entered: 06/21/2005) |
| 06/21/2005 | 12 | ARRAIGNMENT ORDER as to Hilliard Jones. Jury Trial set for 9/6/2005 at 9:00 AM before Senior Judge Richard H Kyle. Status Conference set for 9/2/2005 at 8:30 AM before Senior Judge Richard H Kyle. Voir Dire/Jury Instructions deadline due by 8/30/2005. Signed by Magistrate Judge Arthur J Boylan on 6/21/2005. (GMO) (Entered: 06/22/2005) |
| 07/11/2005 | 13 | NOTICE OF CANCELLATION - the motions hearing scheduled for 7/14/05 at 2:00pm., has been canceled . Signed by Magistrate Judge Arthur J Boylan on 7/11/05. (GJS) (Entered: 07/11/2005) |
| 07/13/2005 | 14 | LETTER TO MAGISTRATE JUDGE from Richard Sand by Hilliard Jones (Sand, Richard) (Entered: 07/13/2005) |
| 08/02/2005 | 15 | NOTICE OF CHANGE OF PLEA as to Hilliard Jones Change of Plea Hearing set for 8/16/2005 09:30 AM in St Paul - Courtroom 4 before Senior Judge Richard H Kyle. (ds) (Entered: 08/02/2005) |
| 08/16/2005 | 16 | Minute Entry for proceedings held before Judge Richard H Kyle :Change of Plea Hearing as to Hilliard Jones held on 8/16/2005, Plea entered by Hilliard Jones (1) Guilty Count 1. Bond continued. PSI Ordered. (Court Reporter Robert Riley) (ds) (Entered: 08/16/2005) |
| 08/16/2005 | 17 | PLEA AGREEMENT FILED WITH THE CLERK.(LEG) (Entered: 08/16/2005) |

| 08/30/2005 | 18 | Petition and Order re: Violation of Pretrial Release as to Hilliard Jones. Signed by Magistrate Judge Jonathan G Lebedoff on 8/30/05. That a warrant be issued for defendant's arrest and a hearing be held to show cause why his pretrial release should not be revoked. Warrant issued and delivered to USM on 8/30/05. Paper copies dist'd to all counsel and PT. FILED CONVENTIONALLY. (JME) Modified on 2/23/2006 (JME). (Entered: 08/30/2005) |
|---|---|---|
| 02/23/2006 | 19 | Minute Entry for proceedings held before Magistrate Judge Janie S Mayeron :Initial Appearance re Revocation of Pretrial Release as to Hilliard Jones held on 2/23/2006. Government moves for detention, granted, temporary detention ordered. Bond Revocation Hearing and Detention Hearing set for 2/27/2006 at 2:00 PM in Minneapolis - Courtroom 8E before Magistrate Judge Arthur J Boylan. (Tape #3/1920-2756) (JME) (Entered: 02/23/2006) |
| 02/23/2006 | 20 | ORDER OF TEMPORARY DETENTION as to Hilliard Jones . Signed by Magistrate Judge Janie S Mayeron on 2/23/06. (JME) (Entered: 02/23/2006) |
| 02/27/2006 | 21 | Minute Entry for proceedings held before Magistrate Judge Arthur J Boylan :Bond Revocation Hearing and Detention Hearing as to Hilliard Jones held on 2/27/2006. Government withdrew motion for detention. Deft shall continue on bond under the same conditions as previously ordered. In addition to the previous conditions, the defendant shall reside in a halfway house and abide by their rules. (Tape #2005-) (GMO) (Entered: 02/27/2006) |
| 03/01/2006 | 22 | SENTENCING NOTICE as to Hilliard Jones Sentencing set for 3/21/2006 10:00 AM in Minneapolis - Courtroom 14W before Judge Richard H Kyle. (ds) (Entered: 03/01/2006) |
| 03/03/2006 | 23 | Bench Warrant Returned Executed on 2/23/06 in case as to Hilliard Jones .(JME) (Entered: 03/06/2006) |
| 03/21/2006 | 24 | Minute Entry for proceedings held before Judge Richard H Kyle :Sentencing held on 3/21/2006 for Hilliard Jones. (Court Reporter Robert Riley) (ds) (Entered: 03/22/2006) |
| 03/23/2006 | 25 | SENTENCING JUDGMENT as to Hilliard Jones (1), Count 1, Custody of BOP for 37 months; 3 years Supervised Release; $100.00 Special Assessment. Signed by Judge Richard H Kyle on 3/21/06. (GMO) (Entered: 03/23/2006) |
| 07/28/2006 | 26 | Judgment Returned Executed as to Hilliard Jones on 5/4/06 to FFC Florence, CO. (JME) (Entered: 08/09/2006) |
| 12/10/2007 | 27 | Probation Jurisdiction Transferred to Nothern District of Illinois - Chicago as to Hilliard Jones Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (MKG) (Entered: 12/11/2007) |

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| | ) | |
| Plaintiff, | ) | (21 U.S.C. § 841(a)(1)) |
| | ) | (21 U.S.C. § 841(b)(1)(B)) |
| v. | ) | |
| | ) | CR 05-191 RHK/AJB |
| HILLIARD JONES, | ) | |
| | ) | |
| Defendant. | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Possession with Intent to Distribute Cocaine)

On or about May 3, 2005, in the State and District of Minnesota, the defendant,

**HILLIARD JONES,**

knowingly and intentionally possessed, with the intent to distribute, approximately one kilogram of a mixture and substance containing a detectable amount of cocaine, a controlled substance; all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

A TRUE BILL

_____     _____
**UNITED STATES ATTORNEY**              FOREPERSON

SCANNED JUN 15 2005 U.S. DISTRICT COURT

A true printed copy in ___ sheet(s) of the electronic record filed on ____, in the United States District Court for the District of Minnesota.
CERTIFIED, _____, 20__
RICHARD D. SLETTEN
BY: _____ Deputy Clerk

FILED JUN 14 2005
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED _____
DEPUTY CLERK'S INITIALS _____

AO 245B (Rev. 06/05) Sheet 1 - Judgment in a Criminal Case

# United States District Court
## District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**Hilliard Jones** | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br>Case Number: **Cr. 05-191 RHK**<br>USM Number: **12449-041**<br>Social Security Number: 8914<br>Date of Birth: 1974<br><br>**Richard Sand**<br>Defendant's Attorney |

**THE DEFENDANT:**

[x] pleaded guilty to count(s): 1.
[ ] pleaded nolo contendere to counts(s) which was accepted by the court.
[ ] was found guilty on count(s) after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 USC 841(a)(1)and (b)(1)(B) | Possession with intent to distribute approximately 1 kilogram of a substance and mixture containing a detectable amount of cocaine | May 3, 2005 | 1 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on counts(s).
[ ] Count(s) (is)(are) dismissed on the motion of the United States.

**Special Assessment $100.00**

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in the economic circumstances.

<u>March 21, 2006</u>
Date of Imposition of Judgment

<u>s/ Richard H. Kyle</u>
Signature of Judge

**RICHARD H. KYLE**, United States District Judge
Name & Title of Judge

<u>March 21, 2006</u>
Date

A true printed copy in ___ sheet(s) of the electronic record filed on ___ in the United States District Court for the District of Minnesota.
CERTIFIED, _____, 20___
BY: RICHARD D. SLETTEN
Deputy Clerk

Page 1

AO 245B (Rev. 06/05) Sheet 2 - Imprisonment

DEFENDANT:         HILLIARD JONES
CASE NUMBER:    CR. 05-191 RHK

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **37 months. Court recommends that defendant participate in the 500 Hour Residential Treatment Program.**

[x]  The court makes the following recommendations to the Bureau of Prisons:
     **confinement be Federal Facility Florence Colorado.**

[x]  The defendant is remanded to the custody of the United States Marshal.

[ ]  The defendant shall surrender to the United States Marshal for this district.
     [ ] at   on .
     [ ] as notified by the United States Marshal.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
     [ ] before   on .
     [ ] as notified by the United States Marshal.
     [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

     Defendant delivered on_____ to _____
a _____ , with a certified copy of this Judgment.

                                                                    _____
                                                                            United States Marshal

                                                           By  _____
                                                                       Deputy United States Marshal

Page 2

AO 245B (Rev. 06/05) Sheet 3 - Supervised Release

DEFENDANT: HILLIARD JONES
CASE NUMBER: CR. 05-191 RHK

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **3 years**.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

[ ]  The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

[x]  The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

[x]  The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

[ ]  The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

[ ]  The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this Judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependants and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. 06/05) Sheet 3A - Supervised Release

| | |
|---|---|
| DEFENDANT: | HILLIARD JONES |
| CASE NUMBER: | CR. 05-191 RHK |

# SPECIAL CONDITIONS OF SUPERVISION

a  The defendant shall not commit any crimes, federal, state, or local.

b  The defendant shall abide by the standard conditions of supervised release recommended by the Sentencing Commission.

c  The defendant shall refrain from possessing a firearm, destructive device, or other dangerous weapon.

d  Defendant is required to undergo mandatory drug testing as set forth by 18 USC 3563(a) and 3583(d).

e  Defendant shall participate in a program for drug and alcohol abuse as approved by the probation officer. That program may include testing and inpatient or outpatient treatment, counseling or a support group.

f  Defendant shall cooperate in the collection of DNA as approved by the probation officer and mandated pursuant to 18 USC 3563(a) and 3583(d).